UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SUSAN ZONA,

                Plaintiff,

    v.                                         **Civil Action No.  20-CV-06323**

PIONEER CREDIT RECOVERY, INC.,

                Defendant,
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff  Susan Zona, hereby voluntarily dismisses this action against Defendant Pioneer Credit Recovery, Inc., with prejudice.

DATED: 12/04/2020

*/s/ Seth J. Andrews*_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884